HOWARD B. GOLDS, Bar No. 112626
Howard.Golds@bbklaw.com
CYNTHIA M. GERMANO, Bar No. 151360
Cynthia.Germano@bbklaw.com
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA  92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083

Attorneys for Defendants
City of Rialto, City of Rialto Fire Department, Stephen C. Wells, Mike Peel, and Frank Bekker

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS B. DELIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RIALTO, a Public Entity; CITY OF RIALTO FIRE DEPARTMENT, a Public Agency; STEPHEN C. WELLS, Individually and as the Fire Chief for the City of Rialto; MIKE PEEL, Individually and as a Battalion Chief for the City of Rialto; FRANK BEKKER, Individually and as a Battalion Chief for the City of Rialto; STEVE A. FILARSKY, Individually and as Internal Affairs Investigator for the City of Rialto; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>　　　　Defendants. | Case No.  CV 08-03359 R (PLAx)<br><br>JUDGMENT |

JUDGMENT

# JUDGMENT

This matter came on regularly for hearing on February 2, 2009, at 10:00 a.m. in Courtroom 8 of the above-entitled Court, the Honorable Judge Manuel L. Real presiding. Defendants and moving parties the City of Rialto, Stephen Wells, Mike Peel and Frank Bekker appeared by their attorneys of record Best Best & Krieger LLP by Howard B. Golds. Defendant Steve Filarsky appeared by his attorneys of record Gilbert, Kelly, Crowley & Jennett, LLP by Jon H. Tisdale. Plaintiff Nicholas B. Delia appeared by his attorneys of record Lackie, Dammeier & McGill by Sanjay Bansal.

The Court, having considered the Motion for Summary Judgment or Alternatively, Partial Summary Judgment brought by Defendants City of Rialto, Stephen Wells, Mike Peel and Frank Bekker and the Motion for Summary Judgment or Alternatively, Partial Summary Judgment brought by defendant Steve Filarsky, rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment in the above-captioned matter be, and hereby is, entered in favor of Defendants City of Rialto, Stephen Wells, Mike Peel, Frank Bekker and Steve Filarsky ("Defendants") and that plaintiff Nicholas Delia shall take nothing by way of his Complaint.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants shall recover their costs of suit herein.

Dated:   March_9, 2009

———————————————
UNITED STATES DISTRICT COURT JUDGE