Michael A. McGill SBN 231613
mcgill@policeattorney.com
Sanjay Bansal SBN 251563
sanjay@policeattorney.com
**LACKIE DAMMEIER & MCGILL APC**
367 North Second Avenue
Upland, California 91786
Telephone: (909) 985-4003
Facsimile: (909) 985-3299

Attorneys for Plaintiff/Appellant
NICHOLAS B. DELIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS B. DELIA,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY OF RIALTO, A Public Entity; CITY OF RIALTO FIRE DEPARTMENT, A Public Agency; STEPHEN C. WELLS, Individually and as the Fire Chief for the City of Rialto; MIKE PEEL, Individually and as a Battalion Chief for the City of Rialto, FRANK BEKKER, Individually and as a Battalion Chief for the City of Rialto; STEVE A. FILARSKY, Individually and as an Internal Affairs Investigator for the City of Rialto; and DOES 1 THROUGH 10 INCLUSIVE;<br><br>   Defendants. | Case No.: CV 08-03359 R-PLAx<br><br>*Honorable Manuel L. Real*<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

**TO THE COURT:**

Plaintiff NICHOLAS B. DELIA hereby appeals to the United States Court of Appeal for the Ninth Circuit from the final judgment of the District Court, entered in this case on March 9, 2009.

//

//

1  Date: 4/3/09              Respectfully submitted,
2                            LACKIE DAMMEIER & MCGILL APC
3
4                            _____
                             Michael A. McGill, Esq.
5                            Sanjay Bansal, Esq.
                             *Attorneys for Plaintiff,*
6                            NICHOLAS B. DELIA
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 367 North Second Ave., Upland, California 91786.

On **April 3, 2009** served the following **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT** on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope addressed as follows:

| *Attorney for Defendant City of Rialto, et al.* | *Attorney for Defendant Steve A. Filarsky* |
|---|---|
| Howard B. Golds, Esq.<br>BEST BEST & KRIEGER, LLP<br>3750 University Avenue, Suite 400<br>P.O. Box 1028<br>Riverside, CA 92502-1028<br>Tel.: (951) 686-1450<br>Fax: (951) 686-3083 | Jon H. Tisdale, Esq.<br>GILBERT, KELLY, CROWLEY & JENNETT, LLP<br>1055 West Seventh Street, Suite 2000<br>Los Angeles, California 90017<br>Tel.: (213) 615-7000<br>Fax: (213) 615-7100 |

[X] I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Upland, California.

[ ] By Personal Service, I caused such envelope to be delivered by hand to the above addressee(s).

[ ] By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (UPS), for delivery to the above addressee(s).

[ ] By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named persons(s) at the above telecopy number:

Executed **April 3, 2009** at Upland, California.

[X] [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Roseanna Rodriguez* (signature)
ROSEANNA RODRIGUEZ

Proof of Service - 1