# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

CASE NO.: CV 08-3359-R                                             Date: **July 9, 2012**

TITLE: NICHOLAS B. DELIA V. CITY OF RIALTO, et al.
==================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

**William Horrell**                                      **Sheri Kleeger**
Deputy Clerk                                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

   Carolina Veronica Cutter                    Jennifer Calderon

PROCEEDINGS:   HEARING ON MANDATE U.S.C.A. 9th Circuit Remanding

The Mandate of the U.S.C.A. 9th Circuit is filed and spread upon the minutes of this Court. As the Supreme Court has upheld the ruling of this Court granting Summary Judgment as to all defendants on March 9, 2009, the ruling stands and there is nothing further for this Court to rule on in the matter.

                                                                    2 min

**MINUTES FORM 90**                              Initials of Deputy Clerk    WH
**CIVIL -- GEN**